MICHAEL J. HEYMAN
United States Attorney

WILLIAM R. REED
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
709 West 9th Street, Room 937
Post Office Box 21627
Juneau, AK 99802
Phone: (907) 796-0400
Email: william.r.reed@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>ADIDAS NIKE ZION BROWN,<br><br>Defendant. | No.<br><br>COUNT 1:<br>ATTEMPTED POSSESSION WITH INTENT TO DISTRIBUTE A CONTROLLED SUBSTANCE<br>  Vio. of 21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A)(viii)<br><br>CRIMINAL FORFEITURE ALLEGATION:<br>  21 U.S.C. § 853(a)(1) and (a)(2), 28 U.S.C. § 2461(c), and Rule 32.2(a) |

## INDICTMENT

The Grand Jury charges that:

## COUNT 1

On or about November 1, 2025, within the District of Alaska, the defendant, ADIDAS NIKE ZION BROWN, in or near Ketchikan, Alaska, did knowingly and intentionally attempt to possess with the intent to distribute a controlled substance in

violation of 21 U.S.C. § 841(a)(1), with that violation involving 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine.

All of which is in violation of 21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A)(viii).

<u>CRIMINAL FORFEITURE ALLEGATION</u>

The allegations contained in Count 1 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 21 U.S.C. §§ 853(a)(1) and (2), and 28 U.S.C. § 2461(c).

Pursuant to 21 U.S.C. §§ 853(a)(1) and (2), upon conviction of an offense in violation of 21 U.S.C. § 841, the defendant, ADIDAS NIKE ZION BROWN, shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense, including, but not limited to, a forfeiture money judgment equal to the value of the property, and including:

- Approximately $2,700 in U.S. currency seized on November 1, 2025;

- Taurus G2c 9 mm handgun serial no. TMW61940

- All associated magazines and ammunition

All pursuant to 21 U.S.C. §§ 853(a)(1) and (a)(2), 28 U.S.C. § 2461(c), and Rule

32.2(a) of the Federal Rules of Criminal Procedure.

A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON


s/ William R. Reed
WILLIAM R. REED
Assistant U.S. Attorney
United States of America


s/ Thomas C. Bradley for
MICHAEL J. HEYMAN
United States Attorney
United States of America


DATE: 1/20/26